**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  02-cv-1796-REB-BNB

JOSE MEDINA ESCOBAR #48895,

    Plaintiff,

v.

RICHARD CATHCART,

    Defendant.

___

### MINUTE ORDER
___

    Plaintiff's Unopposed Petition for Writ of Habeas Corpus Ad Testificandum [#74], filed August 12, 2005, is GRANTED and the Writ of Habeas Corpus Ad Testificandum shall issue forthwith.

Dated:  August 12, 2005
-----------------------------------------------------------------------------------------------------------------